TODD KIM, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
MAGGIE B. SMITH, Trial Attorney
CHRISTIAN H. CARRARA, Trial Attorney
Wildlife & Marine Resources Section
LUCINDA BACH, Trial Attorney
SCOTT CRAWFORD, Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0217 (Carrara)
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
775-784-5438
holly.a.vance@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management<br><br>Defendants. | Case No: 3:22-CV-00034-MMD-CLB<br><br>MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT |

Pursuant to LR IA 11-3, the Department of Justice respectfully requests that this honorable Court admit the Government attorneys, Maggie B. Smith, Christian H. Carrara, Lucinda Bach, and Scott Crawford, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Maggie B. Smith, is an attorney with the Department of Justice, an agency of the federal government, and is a member in good standing of the bar of Washington State (Bar. No. 42658).

Christian H. Carrara, is an attorney with the Department of Justice, an agency of the federal government, and is a member in good standing of the bar of New Jersey (Bar. No. 317732020).

Lucinda Bach, is an attorney with the Department of Justice, an agency of the federal government, and is a member in good standing of the bar of the District of Columbia (Bar. No. 375366).

Scott Crawford, is an attorney with the Department of Justice, an agency of the federal government, and is a member in good standing of the bar of Texas (Bar. No. 24123028).

The following contact information is provided to the Court:

Maggie B. Smith
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3088
Fax: (202) 305-0275
Maggie.smith@usdoj.gov

Christian H. Carrara
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-0217
Fax: (202) 305-0275
Christian.carrara@usdoj.gov

Lucinda Bach
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St., NE Suite 300
Washington, DC 20530
Tel: (202) 616-9663
Fax: (202) 305-0275
Lucinda.bach@usdoj.gov

Scott Crawford
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M St., NE Suite 300
Washington, DC 20530
Tel: (202) 532-5616
Fax: (202) 305-0275
Scott.crawford3@usdoj.gov

/ / /

/ / /

/ / /

Accordingly, the Department of Justice respectfully requests that the Court admit the Government attorneys referenced above to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 25th day of January, 2022.

>CHRISTOPHER CHIOU
>Acting United States Attorney
>
>*s/ Holly A. Vance*
>HOLLY A. VANCE
>Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: January 25, 2022

4