TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Acting Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
CHRISTIAN CARRARA (NJ Bar # 317732020)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 598-9736
Fax: (202) 305-0275
Email: christian.carrara@usdoj.gov


CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
HOLLY A. VANCE (NV Bar # 14853)
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Email: holly.a.vance@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | ) ) ) ) ) ) ) Case No: 3:22-cv-00034-MMD-CLB ) ) |
| *Plaintiffs*, | ) [PROPOSED] STIPULATED ) SCHEDULING ORDER ) |
| *v.* | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, | ) ) ) ) ) |
| *Defendants.* | ) ) |

**[PROPOSED] STIPULATED SCHEDULING ORDER**

Plaintiffs Animal Wellness Action, CANA Foundation, the Center for a Humane Economy, Laura Leigh, and Wild Horse Education ("Plaintiffs"), and Defendants United States Department of Interior, Bureau of Land Management, and Jon Raby, in his official capacity as Nevada State Director of the Bureau of Land Management ("Defendants"), (collectively, the "Parties"), hereby submit the following stipulated scheduling order with corrected dates pursuant to the Court's Order at the July 25, 2022 Case Management Conference:

**December 14, 2022**: Defendants' deadline to lodge the administrative record.

**January 16, 2023**: Plaintiffs' deadline to file a motion to supplement the administrative record.[1]

**February 16, 2023**: Plaintiffs will file their opening brief in support of their motion for summary judgment (40 pages).

**March 16, 2023**: Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment (60 pages).

**April 16, 2023**: Plaintiffs will file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment (40 pages).

**May 16, 2023**: Defendants will file their reply in support of Defendants' motion for summary judgment (20 pages).

Respectfully submitted this 27th day of July, 2022.

*/s/ Jessica Blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

---

[1] If Plaintiffs file a Motion to Expand the Record, the above briefing schedule will be vacated, and the Parties will confer and propose to reset deadlines to account for any motions regarding the record.

Alexandra Monson
(Cal. Bar No. 324794, admitted pro hac vice)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502
jblome@greenfirelaw.com
amonson@greenfirelaw.com

Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

*Attorneys for Plaintiffs*

S. JAY GOVINDAN, Acting Section Chief
BRIDGET K. MCNEIL, Assist. Section Chief

*/s/ Chris Carrara*
CHRISTIAN CARRARA, Trial Attorney
(NJ Bar # 317732020)
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736
Fax: 202-305-0275
Christian.carrara@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*

**IT IS SO ORDERED.**

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: __July 28, 2022____