1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

14

15   ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,

16

17

18

19                    *Plaintiffs*,

20                         v.

21   UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the

22

23

24

25                    *Defendants*.

26

CASE NO. 3:22-cv-00034-MMD-CLB

**ORDER GRANTING**

**WITHDRAWAL OF COUNSEL**

**RE: ALEXANDRA MONSON**

PLEASE TAKE NOTICE that Alexandra J. Monson hereby withdraws as counsel for Plaintiffs in this action, and in support of this notice states as follows.

1. After March 10, 2023, Ms. Monson will no longer be affiliated with Greenfire Law, PC.

2. Plaintiffs will continue to be represented by counsel of record, Jessica Blome of Greenfire Law, PC and Danielle Holt.

3. Plaintiffs have knowledge of and agree with Ms. Monson's withdrawal and their continued representation by the other counsel of record.

4. Thus, Ms. Monson should be removed from the docket as counsel of record for Plaintiffs.

DATED: March 9, 2023

Respectfully Submitted,
*s/ Alexandra J. Monson*

Alexandra Monson
(Cal. Bar No. 324794, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
amonson@greenfirelaw.com

*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

**DATED:** March 9, 2023

UNITED STATES MAGISTRATE JUDGE