**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants*. | Case No: 3:22-cv-00034-MMD-CLB |

Before the Court is the parties' Joint Motion to Set Scheduling Order and Expand Page Limits for Summary Judgment Briefing, ECF No. 59.

Good cause having been shown, it is ORDERED that the parties' joint motion, ECF No. 59, is GRANTED, and the following schedule shall govern this matter:

**August 10, 2023**: Plaintiffs will file their opening brief in support of their motion for summary judgment (40 pages).

**October 11, 2023**: Defendants will file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment (40 pages).

**November 14, 2023**: Plaintiffs will file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment (20 pages).

//

//

//

**December 15, 2023:** Defendants will file their reply in support of Defendants' motion for summary judgment (20 pages).

**IT IS SO ORDERED.**

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: July 5, 2023