DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the<br><br>Defendants. | Case No. 3:22-cv-00034<br><br>**STIPULATED DISMISSAL OF PLAINTIFFS' SIXTH CAUSE OF ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: January 21, 2021 |

Stipulated Dismissal of Plaintiffs' Sixth Cause of Action Without Prejudice                    1
Case No. 3:22-cv-00034

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal of Plaintiffs' Sixth Cause of Action, as pled in their First Amended Complaint, ECF No. 31, without prejudice.

It is hereby stipulated on this 12th day of July, by and between the undersigned parties.

Dated: July 20, 2023         Respectfully Submitted,

| | |
|---|---|
| */s/ Jessica L. Blome* <br> Jessica L. Blome <br> (Cal. Bar No. 314898, admitted pro hac vice) <br> GREENFIRE LAW, PC <br> 2748 Adeline Street <br> Berkeley, CA 94703 <br> (510) 900-9502 <br> jblome@greenfirelaw.com <br><br> Danielle M. Holt <br> (Nevada Bar No. 13152) <br> DE CASTROVERDE LAW GROUP <br> 1149 S Maryland Pkwy <br> Las Vegas, NV 89104 <br> Ph (702) 222-9999 <br> Fax (702) 383-8741 <br> danielle@decastroverdelaw.com <br><br> *Attorneys for Plaintiffs* | TODD KIM <br> Assistant Attorney General <br> U.S. Department of Justice <br> Environment & Natural Resources Division <br> S. JAY GOVINDAN, Acting Section Chief <br> BRIDGET K. MCNEIL, Assist. Section Chief <br><br> */s/ Christian Carrara* <br> CHRISTIAN CARRARA, Trial Attorney <br> (NJ Bar No. 317732020) <br> Wildlife & Marine Resources Section <br><br> */s/ Samantha Peltz* <br> SAMANTHA PELTZ, Trial Attorney <br> (IL Bar No. 6336536) <br> Natural Resources Section <br> Ben Franklin Station <br> P.O. Box 7611 <br> Washington, D.C. 20044 <br> Tel: (202) 598-9736 <br> Fax: 202-305-0275 <br> Christian.carrara@usdoj.gov <br><br> *Of Counsel:* <br> Janell M. Bogue <br> U.S. Dep't of the Interior <br> Office of the Solicitor <br> Pacific Southwest Region <br><br> *Attorneys for Federal Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing Stipulated Dismissal of Plaintiffs' Sixth Cause of Action without Prejudice with the Clerk of the U.S. District Court in the District Court of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jessica L. Blome*
Attorney for Plaintiffs