1  DANIELLE M. HOLT
   (Nevada Bar No. 13152)
2  DE CASTROVERDE LAW GROUP
   1149 S Maryland Pkwy
3  Las Vegas, NV 89104
   Ph (702) 222-9999
4  Fax (702) 383-8741
   danielle@decastroverdelaw.com
5

6  JESSICA L. BLOME
   (Cal. Bar No. 314898, admitted pro hac vice)
7  GREENFIRE LAW, PC
   2748 Adeline Street
8  Berkeley, CA 94703
   (510) 900-9502
9  jblome@greenfirelaw.com

10  *Attorneys for Plaintiffs*

11  **UNITED STATES DISTRICT COURT
    DISTRICT OF NEVADA**
12

13  ANIMAL WELLNESS ACTION, a non-profit
    corporation, CANA FOUNDATION, a non-
14  profit corporation, THE CENTER FOR A
    HUMANE ECONOMY, a non-profit
15  corporation, LAURA LEIGH, individually,     Case No. 3:22-cv-00034
    and WILD HORSE EDUCATION, a non-
16  profit corporation,
                                                **STIPULATED DISMISSAL OF
17                 Plaintiffs,                   PLAINTIFFS' SIXTH CAUSE OF
                                                ACTION WITHOUT PREJUDICE**
18          v.
                                                Complaint Filed: January 21, 2021
19
    UNITED STATES DEPARTMENT OF
20  INTERIOR, BUREAU OF LAND
    MANAGEMENT, and JON RABY, Nevada
21  State Director of the Bureau of Land
    Management, and the
22
23                 Defendants.

24

25

26
    Stipulated Dismissal of Plaintiffs' Sixth Cause of Action Without Prejudice                   1
    Case No. 3:22-cv-00034

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal of Plaintiffs' Sixth Cause of Action, as pled in their First Amended Complaint, ECF No. 31, without prejudice.

It is hereby stipulated on this 12th day of July, by and between the undersigned parties.

Dated: July 20, 2023                                  Respectfully Submitted,

/s/ Jessica L. Blome
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

*Attorneys for Plaintiffs*

It is so ordered.

_____
Miranda M. Du, Chief U.S. District Judge

Dated: July 20, 2023.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Acting Section Chief
BRIDGET K. MCNEIL, Assist. Section Chief

/s/ Christian Carrara
CHRISTIAN CARRARA, Trial Attorney
(NJ Bar No. 317732020)
Wildlife & Marine Resources Section

/s/ Samantha Peltz
SAMANTHA PELTZ, Trial Attorney
(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736
Fax: 202-305-0275
Christian.carrara@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*