DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>Defendants. | CASE NO. 3:22-cv-00034<br><br>**DECLARATION OF MANDA KALIMIAN ON BEHALF OF THE CANA FOUNDATION** |

I, Manda Kalimian, declare as follows:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2. I am a resident of New York.

3. I am the CEO and founder of the non-profit organization the CANA Foundation (CANA), which has its principal place of business at 6150 Northern Boulevard, East Norwich, N.Y., 11732. I have been authorized to make this declaration on behalf of CANA.

4. CANA is a non-profit corporation whose mission is conserve and restore the North American landscape by creating sustainable environmental ecosystems through restoring and preserving biodiversity and native species (also known as "rewilding"); in particular, CANA's focus is on the reintroduction and continuing survival of wild horses as a keystone species within their ecosystems. CANA believes that reintroducing and sustaining wild horses in their historic habitats can improve the overall health and vitality of North American grasslands. CANA's initiatives to achieve this mission foster community empowerment, land conservation, and the sustainable management and preservation of America's wild horse populations.

5. In particular, the Pancake Complex is one of the wild horse herds that CANA Foundation monitors and advocates for.

6. CANA Foundation also rescues and rehomes, including by reintroduction into private wild spaces, wild horses in order to improve their quality of life and ensure that they can live with dignity in protected habitats.

7. CANA aided in the rescue of three "Medicine Hat" (horses with specific markings on their heads, believed by Native tribes to have magical or mystical protective abilities) wild horses from the 2022 Pancake Complex gather, who were reunited as family in North Dakota.

8. CANA Foundation actively monitors for any Herd Management Area Plans (HMAPs) that are available for public comment in the United States and routinely submits comments throughout the public commenting process.

9. I am aware that an HMAP was never prepared for the Pancake Complex, as required by law.

10. Had an HMAP had been created for the Pancake Complex, CANA would have submitted comments during the appropriate scoping period. In the comments CANA would have submitted, CANA would have advocated for and advanced rewilding as an alternative management strategy for wild horses and burros.

11. As a result of the BLM's failure to prepare an HMAP and CANA's resulting inability to provide comments on said HMAP, as well as the BLM's refusal to entertain comments it considered outside the scope of its NEPA review that would have been appropriate in the context of an HMAP review, the CANA Foundation's primary organizational mission was thwarted.

12. Another major component of CANA's mission is the advancement of the scientific study of wild horses through genetics and environmental DNA.

13. CANA has funded two groundbreaking environmental DNA (eDNA) research papers from McMaster University. Specifically, eDNA extracted from soil samples has suggested that mammoths and Yukon wild horses survived thousands of years longer than science previously believed. CANA has also funded scientific research that suggests that the wild horses of the United States ought to be considered native species (rather than non-native species that were introduced by the Spanish conquistadors).

14. The gathering and removal of wild horses in the Pancake Complex due to the challenged actions have also adversely affected the scientific interests of CANA and its ability to use scientific evidence to advance its primary mission. For example, CANA's ability to support the scientific study of the Pancake Complex herds' range, the heat dome over the range, and the drought experienced by the range was impacted.

15. For the environmental assessment (EA) for the Pancake Complex gather, the BLM refused to solicit and consider the public's local knowledge of rare genetic lineages present in the Pancake Complex such as Medicine Hat horses, Damale Curly horses, and Frame Overo Paint horses. The BLM likewise refused to solicit and consider evidence of the native status of wild horses, and the well-known harmful impacts of removing native keystone species on habitats.

16. Had the BLM solicited and considered evidence of the above scientific evidence of rare genetics and wild horses' native status, CANA would have offered such evidence.

17. Subsequently, during this gather and previous BLM gathers of this herd, several genetic lines of rare horses were removed from the Complex and not returned. This includes Medicine Hat horses, Damale Curly horses, and Frame Overo Paint horses. The BLM also continued to geld, or castrate, stallions from rare genetic lines of wild horse breeds.

18. The BLM's failure to solicit and consider public comment on rare wild horse genetic lineages in the Pancake Complex, and the subsequent actions by the BLM that may have advanced the permanent extinction of rare genetic wild horse lineages, have thwarted and harmed the ability of CANA to advance scientific inquiry into wild horse genetics. CANA's scientific inquiry serves to advance CANA's primary mission to create and support sustainable ecosystems through robust biodiversity, which includes healthy wild horse genetic pools.

19. In addition, the removal of these wild horses drastically depleted CANA's ability to use these horses' genetics to trace the genetic lineages of American wild horses at large. CANA believes that the United States, as a nation, was built on the back of a horse; to that end, an important aspect of American history is within the genetics of these horses. Some of that American history has now been forever lost.

20. Lastly, CANA also supports the exploration and enjoyment of wild horses through the arts and the use of the arts to advocate for the reintroduction and sustainment of the American wild horse. For example, CANA and 11 [HH] Art Gallery collaborated to bring about the exhibition "Harmonic Rewild" at SCOPE Miami Beach for the 2022 Art Basel Week event. From November 29 through December 4, 2022, approximately 76,000 visitors attended this immersive art experience. The intention of the art piece was to impart to the observers the need for rewilding and the beauty of wild horses and wild spaces.

21. The gathering and removal of wild horses in the Pancake Complex due to the challenged actions have adversely affected the ability of CANA to use the arts to advance its mission. Through the disappearance of thousands of wild horses, and especially the rare wild

horse lineages and types mentioned above, CANA's ability to use the beauty, power, and emotional impact of wild horses in art to advance CANA's mission has been stunted.

      22.     As a result of the BLM's contested actions pertaining to the 2022 Pancake Complex gather, CANA was forced to divert resources towards bringing public awareness to the BLM's mismanagement and missteps in the gather. Had CANA not been forced to divert its staff's attention and time to publicizing the Pancake Complex gather, CANA would have been able to use those resources in its educational, scientific, and environmental activities, such as genetic research, support of wild horse academia, and the purchase and creation of sustainable wild lands in which wild horses can safely thrive.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this \_\_ day of August, 2023.    08/09/23

*Manda Kalimian* (signature)

Manda Kalimian