DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the <br><br> Defendants. | Case No. 3:22-cv-00034 <br><br> **DECLARATION OF JESSICA L. BLOME IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDICIAL NOTICE** <br><br> Complaint Filed: January 21, 2021 |

I, Jessica L. Blome, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am an attorney with Greenfire Law, PC, counsel for Plaintiffs in the above-titled action.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Fifteenmile Herd Management Area Plan (August 2019). This document was downloaded from the BLM National NEPA Register at https://eplanning.blm.gov/eplanning-ui/home.

3. Attached hereto as **Exhibit B** is a true and correct copy of Notes for 43 CFR Subtit. B, Ch. II, Subch. D, Group 4700. This was downloaded from Lexis.

4. Attached hereto as **Exhibit C** is a true and correct copy of 51 Fed. Reg. 7410, Mar. 3. 1986.

5. Attached hereto as **Exhibit D** is a true and correct copy of 56 Fed. Reg. 786, January 9, 1991.

6. Attached hereto as **Exhibit E** is a true and correct copy of 43 C.F.R. §4700 *et seq.* (1985).

7. Attached hereto as **Exhibit F** is a true and correct copy of 49 Fed. Reg. 49252, Dec. 18, 1984.

DATED:  August 10, 2023

Respectfully submitted,

*/s/ Jessica L. Blome*

Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, I electronically filed the foregoing Declaration of Jessica L. Blome in Support of Plaintiffs Motion for Judicial Notice along with Exhibits A-F with the Clerk of the U.S. District Court in the District Court of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jessica L. Blome*
Attorney for Plaintiffs