# EXHIBIT B

# 43 CFR Subtit. B, Ch. II, Subch. D, GROUP 4700

# 43 CFR Subtit. B, Ch. II, Subch. D, GROUP 4700

This document is current through the July 25, 2023 issue of the Federal Register, with the exception of the amendments appearing at 88 FR 47782, and 88 FR 47741.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 43 Public Lands: Interior  >  Subtitle B — Regulations Relating to Public Lands  >  Chapter II — Bureau of Land Management, Department of the Interior  >  Subchapter D — Range Management (4000)  >  GROUP 4700 — Wild Free-Roaming Horse and Burro Management  >  Part 4700 — Protection, Management, and Control of Wild Free-Roaming Horses and Burros*

# Part 4700 — Protection, Management, and Control of Wild Free-Roaming Horses and Burros

## Statutory Authority

**AUTHORITY NOTE APPLICABLE TO ENTIRE PART:**

*16 U.S.C. 1331*-*1340*; *18 U.S.C. 47*; *43 U.S.C. 315* and *1740*.

Annotations

## Notes

**NOTES APPLICABLE TO ENTIRE PART:**

The information collection requirements contained in Group 4700 have been approved by the Office of Management and Budget and assigned clearance number 1004-0042. The information is being collected to permit the authorized officer to remove wild horses and burros from private land and to determine whether an application for adoption of and title to wild horses or burros should be granted. Responses are required to obtain benefits.

Public reporting burden for this information is estimated to average 0.165 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Information Collection Clearance Officer, Division of Information Resources Management, Bureau of Land Management (770), 1849 C Street NW., Washington, DC 20240, and the Office of Management and Budget, Paperwork Reduction Project 1004-0042, Washington, DC 20503.

[51 FR 7414, Mar. 3. 1986, as amended at *56 FR 786, Jan. 9, 1991*]

## Research References & Practice Aids

**Hierarchy Notes:**

Case 3:22-cv-00034-MMD-CLB   Document 65-3   Filed 08/10/23   Page 3 of 3

Page 2 of 2

43 CFR Subtit. B, Ch. II, Subch. D, GROUP 4700

*43 CFR Subtit. B*

*43 CFR Subtit. B, Ch. II*

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2023 All rights reserved.

---

**End of Document**