DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the<br><br>Defendants. | Case No. 3:22-cv-00034<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, GINA TOMASELLI** |

1   Notice of Withdrawal of Counsel, Gina Tomaselli

1  PLEASE TAKE NOTICE that Gina Tomaselli hereby withdraws as counsel for Plaintiffs
2  in this action, and in support of this notice states as follows.
3  1. As of July 12, 2023, Ms. Tomaselli is no longer affiliated with Greenfire Law, PC.
4  2. Plaintiffs will continue to be represented by counsel of record, Jessica Blome of
5  Greenfire Law, PC and Danielle Holt of DeCastroverde Law Group.
6  3. Plaintiffs have knowledge of and agree with Ms. Tomaselli's withdrawal and their
7  continued representation by the other counsel of record.
8  4. Thus, Ms. Tomaselli should be removed from the docket as counsel of record for
9  Plaintiffs.
10 DATED: August 18, 2023                Respectfully Submitted,

s/ Danielle M. Holt
Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
(702) 222-9999
danielle@decastroverdelaw.com

/s/ Jessica L. Blome
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

2   Notice of Withdrawal of Counsel, Gina Tomaselli

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2023, I electronically filed the foregoing Notice of Withdrawal of Counsel, Gina Tomaselli with the Clerk of the U.S. District Court in the District Court of Nevada using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Jessica L. Blome*
Attorney for Plaintiffs
