DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the<br><br>Defendants. | Case No. 3:22-cv-00034-MMD-CLB<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL, GINA TOMASELLI** |

1   Notice of Withdrawal of Counsel, Gina Tomaselli

PLEASE TAKE NOTICE that Gina Tomaselli hereby withdraws as counsel for Plaintiffs in this action, and in support of this notice states as follows.

1. As of July 12, 2023, Ms. Tomaselli is no longer affiliated with Greenfire Law, PC.
2. Plaintiffs will continue to be represented by counsel of record, Jessica Blome of Greenfire Law, PC and Danielle Holt of DeCastroverde Law Group.
3. Plaintiffs have knowledge of and agree with Ms. Tomaselli's withdrawal and their continued representation by the other counsel of record.
4. Thus, Ms. Tomaselli should be removed from the docket as counsel of record for Plaintiffs.

DATED: August 18, 2023          Respectfully Submitted,

*s/ Danielle M. Holt*
Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
(702) 222-9999
danielle@decastroverdelaw.com

*/s/ Jessica L. Blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**DATED:** August 18, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

Notice of Withdrawal of Counsel, Gina Tomaselli