JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>           Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br>           Defendants. | Case No. 3:22-cv-00034-MMD-CLB<br><br>**Notice of Appearance** |

   PLEASE TAKE NOTICE that Assistant United States Attorney Virginia T. Tomova is appearing as counsel for the United States of America and should be notified of all filings in this case.

   Respectfully submitted this 16th day of November 2023.

                              JASON M. FRIERSON
                              United States Attorney

                               */s/ Virginia T. Tomova*
                              VIRGINIA T. TOMOVA
                              Assistant United States Attorney