AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LAURA LEIGH, et al.,

           Plaintiffs,

v.

JON RABY, et al.,

           Defendants.

JUDGMENT

Case Number:   3:22-cv-00034-MMD-CLB

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed March 28, 2024 (ECF No. 81) Plaintiffs' motion for summary judgment (ECF No. [64]) and Defendants' motion for summary judgment (ECF No. [70]) are **granted in part and denied in part** as discussed therein (ECF No. 81).

    The Court grants Plaintiff's Motion and denies Defendants' Motion as to the claim under the Wild Free-Roaming Horses and Burros Act that BLM unreasonably delayed preparing an HMAP but otherwise denied. Under 5 U.S.C. § 706(1), the Court remands to compel Defendants to prepare and approve HMAP(s) covering the Pancake Complex HMAs within one year of the date of the order (ECF No. 81).

    The Court grants Plaintiff's Motion and denies Defendants' Motion as to the National Environmental Policy Act claim involving BLM's consideration of wildfire risks in the Final EA. The Court vacates and remands the Environmental Assessment, Record of Decision, and Finding of No Significant Impact for the agency to reanalyze the foreseeable effects of the Gather Plan alternatives on wildfire risks in the Pancake Complex and reach a conclusion as to their significance. The Court otherwise denies Plaintiff's Motion and grants Defendants' Motions as to the remaining claims.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: March 29, 2024

CLERK OF COURT

*(signed)*

Signature of Clerk or Deputy Clerk