TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 353-5959 (Peltz)
Fax: (202) 305-0275
Email: Samantha.Peltz@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants.* | Case No: 3:22-cv-00034-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION FOR ATTORNEYS' FEES AND COSTS** |

Pursuant to Local Rule IA 6-1, Plaintiffs Animal Wellness Action, Cana Foundation, the Center for a Humane Economy, Laura Leigh, and Wild Horse Education, and Defendants United States Department of Interior, Bureau of Land Management ("BLM"), and Jon Raby, in his official capacity as Nevada State Director of the BLM, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the time to file any motions related to attorneys' fees and costs 60 days, until June 11, 2024. In support of this request, the Parties declare:

WHEREAS, on March 28, 2024, the Court issued an opinion and order on the Parties' cross-motions for summary judgment. ECF No. 81.

WHEREAS, on March 29, 2024, judgment was entered by the Clerk of the Court. ECF No. 82.

WHEREAS, the deadline to file a motion for attorneys' fees and costs under Fed. R. Civ. P. 54(d)(2)(B)(i) is April 12, 2024.

WHEREAS, the Parties agree that additional time is needed to explore the settlement of attorneys' fees and costs.

WHEREAS, this is the first stipulation for an extension of time to file a motion for attorneys' fees and costs.

WHEREAS, it is well-established that the court has the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND THE COURT ORDERS, AS FOLLOWS:

1. Upon entry of the Court's order, the deadline to file any motion for attorneys' fees and costs is extended from April 12, 2024, until June 11, 2024.

IT IS SO STIPULATED.

Dated: April 10, 2024  Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

*/s/ Samantha G. Peltz*
SAMANTHA G. PELTZ, Trial Attorney

(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 353-5959
Samantha.peltz@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*

<u>/s/ Danielle M. Holt</u>
Danielle M. Holt
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
(702) 222-9999
danielle@decastroverdelaw.com

<u>/s/ Jessica L. Blome</u>
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
Hon. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: ____4/11/2024_____