TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 353-5959
Fax: (202) 305-0275
Email: Samantha.peltz@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, <br><br> *Defendants.* | Case No: 3:22-cv-00034-MMD-CLB <br><br> **NOTICE OF APPEAL** |

Please take notice that, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4, the United States Department of the Interior, Bureau of Land Management, and Jon Raby in his official capacity as Nevada State Director of the Bureau of Land Management (collectively, "Defendants"), hereby appeal to the United States Court of Appeals for the Ninth Circuit. Defendants appeal the U.S. District Court for the District of Nevada's

March 29, 2024, Judgment, entered pursuant to the Court's March 28, 2024, Order, which granted in part and denied in part the Parties' Motions for Summary Judgment. ECF No. 82, 81. Copies of the Judgment and Order are attached as Exhibits 1 and 2.

This notice of appeal is timely pursuant to Federal Rules of Appellate Procedure 4(a)(1)(B)(ii) and 26(a)(1). As the government, Defendants are exempt from paying a docket fee.

Dated: May 28, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

/s/ Samantha Peltz
SAMANTHA G. PELTZ, Trial Attorney
(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 353-5959
Fax: 202-305-0275
Samantha.peltz@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

                                          */s/ Jacob Jose*
                                          JACOB JOSE
                                          Attorney for Defendants