JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
JENNIFER RAE LOVKO
(Cal Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the<br><br>Defendants. | Case No. 3:22-cv-00034 / 24-3534<br><br>**NOTICE OF APPEAL**<br><br>Complaint Filed: January 21, 2021 |

Please take notice that, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4, Plaintiffs ANIMAL WELLNESS ACTION, CANA FOUNDATION, THE CENTER FOR A HUMANE ECONOMY, LAURA LEIGH, and WILD HORSE EDUCATION (collectively hereinafter "Plaintiffs"), hereby appeal to the United States Court of Appeals for the

Ninth Circuit. Plaintiffs appeal the judgment of the U.S. District Court for the District of Nevada, entered on March 29, 2024, granting in part and denying in part both Parties' cross Motions for Summary Judgment. ECF Docket No. 81, 82. A copy of the Judgment and Order are attached herein as Exhibits 1 and 2.

The instant notice of appeal is timely pursuant to Federal Rules of Appellate Procedure §§ 4(a)(3) and 26(a)(1).

DATED: June 11, 2024                    Respectfully Submitted,


*/s/ Jennifer Rae Lovko*
Jennifer Rae Lovko
(Cal Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 11th day of June, 2024.

/s/ Jessica San Luis
Jessica San Luis