JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
JENNIFER RAE LOVKO
(Cal Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the

Defendants.

Case No. 3:22-cv-00034 / 24-3534

**NOTICE OF VOLUNTARY DISMISSAL OF PARTIES WITHOUT PREJUDICE**

Complaint Filed: January 21, 2021

Please take notice that, pursuant to Federal Rules of Civil Procedure §41(a)(2) and Federal Rules of Appellate Procedure §42(b)(2), Plaintiffs request that ANIMAL WELLNESS ACTION and THE CENTER FOR A HUMANE ECONOMY be voluntarily dismissed from the above matter without prejudice.

A plaintiff may dismiss an action without a court order by making a required filing. *See* Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) is "designed to permit disengagement of the parties at the behest of the plaintiff… in the early stages of a suit, before the defendant has expended time and effort in preparation of [the] case." *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

The instant appeal was filed on June 11, 2024 and a briefing schedule has not yet been issued.

DATED: June 12, 2024

Respectfully Submitted,

*/s/ Jennifer Rae Lovko*

Jennifer Rae Lovko
(Cal Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*