**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 12th day of June, 2024.

/s/ Jessica San Luis
Jessica San Luis