DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
Ph (702) 222-9999
Fax (702) 383-8741
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, and the<br><br>*Defendants*. | CASE NO. 3:22-cv-00034-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW OR VACATE VOLUNTARY DISMISSAL, FILED IN ERROR AT DOCKET NOS. 90 AND 91 AND [PROPOSED] ORDER** |

On June 12, 2024, Plaintiffs filed a Notice of Voluntary Dismissal of Parties without Prejudice, dismissing Animal Wellness Action and the Center for a Humane Economy from this matter **in error**. *See* ECF No. 90. Plaintiffs intended to file a voluntary withdrawal of cross appeal on behalf of these two parties with the U.S. Court of Appeals for the Ninth Circuit and did not intend to dismiss them from this matter. Notably, Plaintiffs have prevailed in this litigation and are working toward a negotiated resolution of remaining issues, including attorneys' fees and costs. *See, e.g.* ECF Nos. 87, 88 (stipulating and order extending the deadline for Plaintiffs to file a motion for attorneys' fees and costs to give the parties time to negotiate a settlement). Plaintiffs would be highly prejudiced if the Court did not grant this Motion.

THEREFORE, Plaintiffs respectfully request that the Court vacate Plaintiffs' voluntary dismissal, filed at ECF No. 90, as well as the certificate of service, filed as ECF No. 91, reinstituting Plaintiffs Animal Wellness Action and The Center for a Humane Economy as parties in this matter. If vacatur is unnecessary, Plaintiffs alternatively, respectfully move to withdraw ECF Nos. 90 and 91.

DATED: June 13, 2024,               Respectfully Submitted,

*s/ Jessica L. Blome*
Jessica L. Blome
J. Rae Lovko
GREENFIRE LAW, PC

Danielle M. Holt
DE CASTROVERDE LAW GROUP

*Attorneys for Plaintiffs*

**ORDER**

Based on the foregoing, good cause having been demonstrated, Plaintiffs' Motion to Withdraw or Vacate Voluntary Dismissal, filed in error at Docket Nos. 90 and 91 is GRANTED. The Court shall vacate Docket Nos. 90 and 91, reinstituting Plaintiffs Animal Wellness Action and the Center for a Humane Economy as parties in this case.

IT IS SO ORDERED:

_____
Hon. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: June 14, 2024

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 13th day of June, 2024.

/s/ Jessica San Luis
Jessica San Luis