DANIELLE M. HOLT
(Nevada Bar No. 13152)
DE CASTROVERDE LAW GROUP
1149 S Maryland Pkwy
Las Vegas, NV 89104
danielle@decastroverdelaw.com

JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation; CANA FOUNDATION, a non-profit corporation; THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation; LAURA LEIGH, individually; and WILD HORSE EDUCATION, a nonprofit corporation,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants*. | Case No. 3:22-cv-00034-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFFS' SUBSTITUTION OF ATTORNEY** |

Plaintiffs ANIMAL WELLNESS ACTION, a non-profit corporation; CANA FOUNDATION, a non-profit corporation; THE CENTER FOR A HUMANE ECONOMY, a

1

non-profit corporation; LAURA LEIGH, individually; and WILD HORSE EDUCATION, a nonprofit corporation, hereby substitute Brent M. Resh, Esq. of BRENT RESH LAW, PLLC. located at: 2401 La Solana Way, Las Vegas, Nevada, 89102; Telephone number: 702-781-6903; Email address: brent@brentreshlaw.com, as local counsel of record in place and stead of: Danielle M. Holt, Esq. / DE CASTROVERDE LAW GROUP.

DATED this 10th day of August, 2024.     DATED this 4th day of September, 2024.

_____          /s/ *Manda Kalimian*_____
ANIMAL WELLNESS ACTION                   CANA FOUNDATION

DATED this 10th day of August, 2024.     DATED this 12th day of August, 2024.

_____          _____
THE CENTER FOR A HUMANE ECONOMY          LAURA LEIGH

DATED this 12th day of August, 2024.

_____
WILD HORSE EDUCATION

I, Danielle M. Holt, Esq. Consent to the above Substitution.

DATED this 4th day of September, 2024.

                                              Danielle M. Holt, Esq.
                                              Nevada Bar No. 13152

I, Brent M. Resh, Esq., am duly admitted to practice in this District and have been retained by the Plaintiffs named herein to be their local counsel of record. The above Substitution is Accepted.

DATED this 4th day of September, 2024.

                                              Brent M. Resh, Esq.
                                              Nevada Bar No. 14940
                                              Brent Resh Law, PLLC.
                                              2401 La Solana Way
                                              Las Vegas, NV 89102

THE ABOVE SUBSTITUTION IS APPROVED.

DATED this 5th day of  September , 2024.

                                              UNITED STATES MAGISTRATE JUDGE