**ATLN**
Alex J. De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Kimberly Valentin
Nevada Bar No. 12509
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: Kimberly@dlgteam.com
Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation<br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management<br>　　Defendant. | CASE NO.: 3:22-cv-00034-MMD-CLB<br><br>**NOTICE OF LIEN FOR ATTORNEY COSTS** |

NOTICE IS HEREBY GIVEN that the undersigned attorney, DE CASTROVERDE LAW GROUP, makes a claim against ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation

//

//

//

for costs in excess of $250.00, plus interest.

DATED this __2nd__ day of October, 2024.

**DE CASTROVERDE LAW GROUP**

By: */s/ Kimberly Valentin*
Orlando De Castroverde
Nevada Bar No. 7320
Alex De Castroverde
Nevada Bar No. 6950
Kimberly Valentin
Nevada Bar No. 12509
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October __2nd__, 2024, I filed the foregoing NOTICE OF LIEN FOR ATTORNEY COSTS electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                   _/s/ Lexi Monreal_____
                                                   An Employee of De Castroverde Law Group