**NVD**
Alex J. De Castroverde
Nevada Bar No. 6950
Kimberly Valentin
Nevada Bar No. 12509
**DE CASTROVERDE LAW GROUP**
1149 South Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: kimberly@dlgteam.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land<br><br>Defendants. | CASE NO.: 3:22-cv-00034-MMD-CLB<br><br>**NOTICE OF WITHDRAWING PLAINTIFF'S NOTICE OF LIEN FOR ATTORNEY COSTS** |

DE CASTROVERDE LAW GROUP, hereby withdraws their NOTICE OF LIEN FOR ATTORNEY COSTS that was electronically served on October 02, 2024.

DATED this 3rd day of October, 2024.

**DE CASTROVERDE LAW GROUP**

By: */s/ Kimberly Valentin*
Kimberly Valentin, Esq.
Nevada Bar No. 12509
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October __3rd__, 2024, I filed the foregoing NOTICE OF LIEN FOR ATTORNEY COSTS electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Lexi Monreal*
An employee of De Castroverde Law Group