TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-9736 (Carrara)
Fax: (202) 305-0275
Email: Christian.Carrara@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management,<br><br>*Defendants*. | Case No: 3:22-cv-00034-MMD-CLB<br><br>**ORDER GRANTING FOURTH JOINT STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION FOR ATTORNEYS' FEES** |

Pursuant to Local Rule IA 6-1, Plaintiffs Animal Wellness Action, Cana Foundation, The Center for a Humane Economy, Laura Leigh, and Wild Horse Education, and Defendants United States Department of Interior, Bureau of Land Management ("BLM"), and Jon Raby, in his official capacity as Nevada State Director of the BLM (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court

1

extend the time to file any motions related to attorneys' fees and costs 32 days, until November 12, 2024. The Parties declare in support of this request:

WHEREAS, on March 28, 2024, the Court issued an opinion and order on the Parties' cross-motions for summary judgment. ECF No. 81.

WHEREAS, on March 29, 2024, judgment was entered by the Clerk of the Court. ECF No. 82.

WHEREAS, on April 10, 2024, the Parties filed a joint stipulation to extend the time needed to explore the settlement of attorneys' fees and costs. ECF No. 83.

WHEREAS, on April 11, 2024, the Court granted the Parties' joint stipulation. ECF No. 84.

WHEREAS, on June 6, 2024, the Parties filed a second joint stipulation to extend the time needed to explore the settlement of attorneys' fees and costs. ECF No. 87.

WHERAS, on June 6, 2024, the Court granted the Parties' second joint stipulation. ECF No. 88.

WHEREAS, on August 1, 2024, the Parties filed a third joint stipulation to extend the time needed to explore the settlement of attorneys' fees and costs. ECF No. 93.

WHEREAS, on August 1, 2024, the Court granted the Parties' third joint stipulation and extended the deadline for Plaintiffs to file a motion for attorneys' fees until October 11, 2024. ECF No. 94.

WHEREAS, the Parties have reached an agreement in principle, and agree that an additional 32 days is necessary to finalize and obtain approval for any settlement agreement.

WHEREAS, it is well-established that the court has the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND THE COURT ORDERS, AS FOLLOWS:

1. Upon entry of the Court's order, the deadline to file any motion for attorneys' fees and costs is extended from October 11, 2024, until November 12, 2024.

IT IS SO STIPULATED.

Dated: October 8, 2024                  Respectfully submitted,

                                               TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

*/s/  Christian H. Carrara*
CHRISTIAN H. CARRARA, Trial Attorney
(NJ Bar No. 317732020)
Wildlife and Marine Resources Section
SAMANTHA PELTZ, Trial Attorney
(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736 (Carrara)
Fax: 202-305-0275
Christian.carrara@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*

*/s/ Jessica L. Blome*
Jessica L. Blome
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)

GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: __October 8, 2024_____

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

*/s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Attorney for Federal Defendants