TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-9736 (Carrara)
Fax: (202) 305-0275
Email: Christian.Carrara@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | Case No: 3:22-cv-00034-MMD-CLB |
| *Plaintiffs*, | **FIFTH JOINT STIPULATION TO EXTEND THE DEADLINE FOR FILING A MOTION FOR ATTORNEYS' FEES** |
| *v.* | |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, | |
| *Defendants*. | |

Pursuant to Local Rule IA 6-1, Plaintiffs Animal Wellness Action, Cana Foundation, The Center for a Humane Economy, Laura Leigh, and Wild Horse Education, and Defendants United States Department of Interior, Bureau of Land Management ("BLM"), and Jon Raby, in his official capacity as Nevada State Director of the BLM (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court

extend the time to file any motions related to attorneys' fees and costs 30 days, until December 12, 2024. The Parties declare in support of this request:

WHEREAS, on March 28, 2024, the Court issued an opinion and order on the Parties' cross-motions for summary judgment. ECF No. 81.

WHEREAS, on March 29, 2024, judgment was entered by the Clerk of the Court. ECF No. 82.

WHEREAS, the Parties filed three joint stipulations to extend the time needed to reach an agreement-in-principle to settle attorneys' fees and costs. ECF Nos. 83, 87, 93.

WHEREAS, the Court granted the Parties' three joint stipulations. ECF Nos. 84, 88, 94.

WHEREAS, on October 8, 2024, the Parties informed the Court that they reached an agreement-in-principle to settle attorneys' fees and costs and needed additional time to finalize and obtain the necessary approvals for any settlement agreement, which the Court granted. ECF Nos. 99, 100.

WHEREAS, the Parties agree that the proposed settlement agreement is currently undergoing internal review and additional time is needed to obtain the necessary approvals for any settlement.

WHEREAS, it is well-established that the court has the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Leyva v. Certified Grocers of California*, 593 F.2d 857, 863-64 (9th Cir. 1979).

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES, AND THE COURT ORDERS, AS FOLLOWS:

1. Upon entry of the Court's order, the deadline to file any motion for attorneys' fees and costs is extended from November 12, 2024, until December 12, 2024.

IT IS SO STIPULATED.

Dated: November 8, 2024                    Respectfully submitted,

                                           TODD KIM
                                           Assistant Attorney General
                                           U.S. Department of Justice
                                           Environment & Natural Resources Division
                                           S. JAY GOVINDAN, Section Chief
                                           BRIDGET K. MCNEIL, Assistant Section Chief

                                           */s/  Christian H. Carrara*
                                           CHRISTIAN H. CARRARA, Trial Attorney
                                           (NJ Bar No. 317732020)
                                           Wildlife and Marine Resources Section
                                           SAMANTHA PELTZ, Trial Attorney
                                           (IL Bar No. 6336536)
                                           Natural Resources Section
                                           Ben Franklin Station
                                           P.O. Box 7611
                                           Washington, D.C. 20044
                                           Tel: (202) 598-9736 (Carrara)
                                           Fax: 202-305-0275
                                           Christian.carrara@usdoj.gov

                                           *Of Counsel:*
                                           Janell M. Bogue
                                           U.S. Dep't of the Interior
                                           Office of the Solicitor
                                           Pacific Southwest Region

                                           *Attorneys for Federal Defendants*

                                           */s/ Jessica L. Blome*
                                           Jessica L. Blome
                                           (Cal. Bar No. 314898, admitted pro hac vice)
                                           J. RAE LOVKO
                                           (Cal. Bar No. 208855, admitted pro hac vice)
                                           GREENFIRE LAW, PC
                                           2748 Adeline Street, Suite A
                                           Berkeley, CA 94703
                                           (510) 900-9502
                                           jblome@greenfirelaw.com
                                           rlovko@greenfirelaw.com

                                           *Attorneys for Plaintiffs*

                                           IT IS SO ORDERED:

3

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: _____

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on November 8, 2024, I electronically filed the foregoing document

3   with the Clerk of the Court for the United States District Court for the District of Nevada using

4   the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be

5   served by the appellate CM/ECF system, which includes counsel of record for all parties in the

6   case.

7

8                                    */s/ Christian H. Carrara*
                                     CHRISTIAN H. CARRARA
9                                    Attorney for Federal Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28