TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-9736 (Carrara)
Fax: (202) 305-0275
Email: Christian.Carrara@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, a non-profit corporation, CANA FOUNDATION, a non-profit corporation, THE CENTER FOR A HUMANE ECONOMY, a non-profit corporation, LAURA LEIGH, individually, and WILD HORSE EDUCATION, a non-profit corporation, | Case No: 3:22-cv-00034-MMD-CLB |
| *Plaintiffs*, | **STIPULATED SETTLEMENT AGREEMENT REGARDING PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS** |
| *v.* | |
| UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, and JON RABY, Nevada State Director of the Bureau of Land Management, | |
| *Defendants.* | |

This Stipulated Settlement Agreement ("Agreement") is entered into by and between Plaintiffs Animal Wellness Action, Cana Foundation, The Center for a Humane Economy, Laura Leigh, and Wild Horse Education and Defendants United States Department of Interior, Bureau of Land Management ("BLM"), and Jon Raby, in his capacity as Nevada State Director of the BLM, who by and through their undersigned counsel, state as follows:

WHEREAS, Plaintiffs' lawsuit alleges (among other things) that Defendants violated the Wild Free-Roaming Horses and Burros Act and the National Environmental Policy Act by authorizing the gather of wild horses in the Pancake Complex in central eastern Nevada in early 2022. ECF No. 1 ¶ 55 (Complaint); ECF No. 31 ¶ 1 (First Amended Complaint).

WHEREAS, on March 28, 2024, the Court issued its Order instructing Defendants to prepare and approve herd management area plan(s) covering the Pancake Complex herd management areas within one year of the date of the order and vacating and remanding the Environmental Assessment, Record of Decision, and Finding of No Significant Impact for BLM to reanalyze the foreseeable effects of gather plan alternatives on wildlife risks in the Pancake Complex. ECF No. 81 at 28-29.

WHEREAS, each party filed a Notice of Appeal to the Ninth Circuit. ECF No. 85 (Defendants' Notice); ECF No. 89 (Plaintiffs' Notice).

WHEREAS, Plaintiffs, and Defendants, through their authorized representatives, and without any admission or final adjudication of the issues of fact or law with respect to Plaintiffs' claims for attorneys' fees, have reached a settlement that they consider to be a just, fair, adequate, and equitable resolution of Plaintiffs' claims to attorneys' fees and costs.

WHEREAS, Plaintiffs and Defendants agree that settlement of Plaintiffs' motion for attorneys' fees in this manner is in the public interest and is an appropriate way to resolve the dispute between them.

WHEREAS, Plaintiffs and Defendants agree that once this Agreement is approved by the Court, both parties will move to voluntarily dismiss their appeals in the Ninth Circuit.

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and agree as follows:

1.      Defendants shall pay Plaintiffs $200,000.00 in full and complete satisfaction of Plaintiffs' claim for attorneys' fees and costs in the above-captioned litigation.

2.      Defendants shall make the payment required by Paragraph 1 and the agreed order below by electronic funds transfer.

3.      Plaintiffs agree to furnish Defendants with the account information necessary to effectuate the payment required by Paragraph 1 of this stipulation. Defendants agree to submit all necessary paperwork for the processing of the attorneys' fees award within 10 business days of the Court's approval of this Agreement or the receipt of the information described in this Paragraph, whichever is later. Plaintiffs agree to send confirmation of the receipt of payment of the fee award to counsel for Defendants within 10 business days of such payment.

4.      Plaintiffs agree to accept the payment set forth in Paragraph 1 in full and complete satisfaction of any and all claims, demands, rights, and causes of action for attorneys' fees and costs to which Plaintiffs may be entitled in connection with this case pursuant to EAJA and/or any other statute and/or common law theory, through and including the date of this Agreement. Plaintiffs' acceptance of the $200,000.00 payment set forth in Paragraph 1 shall operate as a full release of Plaintiffs' claims for attorneys' fees and costs arising out of this case.

5.      Plaintiffs acknowledge that under 31 U.S.C. §§ 3711, 3716, 26 U.S.C. § 6402(d), 31 C.F.R. §§ 285.5, 901.3, and other authorities, the United States will offset against the attorney fee award Plaintiffs' delinquent debts to the United States, if any. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

6.      This Agreement is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. It does not represent an admission, by any Party, to any fact, claim, or defense concerning any issue in this case.

7.      This Agreement has no precedential value and shall not be used as evidence either by Plaintiffs or Defendants in any other litigation between them except as necessary to enforce the terms of this Agreement. By entering into this Agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs or Plaintiffs' counsel, including the hourly rates, in any future litigation or continuation of the present action.

8.      Nothing in this Agreement shall be interpreted as, or shall constitute, a commitment or requirement that Defendants are obligated to pay funds exceeding those available or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. §1341, or any other appropriations law.

9.      This document sets forth the entire Agreement of the Parties for the settlement of Plaintiffs' demand for attorneys' fees, costs, and expenses. All previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Agreement, are fully and completely extinguished and superseded by this Agreement. No modification of this Agreement shall be valid unless expressly consented to in writing by all the parties.

10.     The terms of this Agreement shall become effective upon the Court's approval of this stipulation.

11.     This Agreement shall be governed by and construed under federal law.

12.     The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Agreement and to legally bind the parties to it.

13.     The provisions of this Agreement shall apply to and be binding upon each of the parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

Accordingly, the Parties jointly and respectfully request entry of this Stipulated Settlement Agreement via the attached proposed order.

Respectfully submitted this 5th day of December, 2024.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

*/s/  Christian Carrara*

CHRISTIAN CARRARA, Trial Attorney
(NJ Bar No. 317732020)
Wildlife & Marine Resources Section

*/s/  Samantha Peltz*
SAMANTHA PELTZ, Trial Attorney
(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736 (Carrara)
Fax: 202-305-0275
Christian.carrara@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*


*/s/ Jessica L. Blome*
JESSICA L. BLOME
(Cal. Bar No. 314898, admitted pro hac vice)
J. RAE LOVKO
(Cal. Bar No. 208855, admitted pro hac vice)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com
rlovko@greenfirelaw.com


*Attorneys for Plaintiffs*


IT IS SO ORDERED:

_____

HON. MIRANDA DU
UNITED STATES DISTRICT JUDGE

DATED:        _____

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

*/s/ Christian Carrara*
CHRISTIAN CARRARA
Attorney for Defendants