UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURA LEIGH; et al.,<br><br>              Plaintiffs - Appellees,<br><br>  v.<br><br>JON RABY, Nevada State Director of the<br>Bureau of Land Management; et al.,<br><br>              Defendants - Appellants. | No. 24-3534<br><br>D.C. No.<br>3:22-cv-00034-MMD-CLB<br>District of Nevada,<br>Reno<br><br>ORDER |
| LAURA LEIGH; et al.,<br><br>              Plaintiffs - Appellants,<br><br>  v.<br><br>JON RABY; et al.,<br><br>              Defendants - Appellees. | No. 24-3728<br>D.C. No.<br>3:22-cv-00034-MMD-CLB<br>District of Nevada,<br>Reno |

These appeals were administratively closed. The appeals are reopened.

Pursuant to the parties' joint stipulated motion (Docket Entry No. 14), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator