ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-9736
Fax: (202) 305-0275
Email: Christian.Carrara@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANIMAL WELLNESS ACTION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants.* | Case No: 3:22-cv-00034-MMD-CLB <br><br> **FEDERAL DEFENDANTS' NOTICE OF COMPLETION OF HERD MANAGEMENT AREA PLAN** |

Defendants United States Department of the Interior, Bureau of Land Management ("BLM"), and Kimberly Prill, in her official capacity as Acting Nevada State Director of the BLM,[1] ("Federal Defendants"), by and through their undersigned counsel, hereby notify the Court that, as of March 4, 2025, the BLM has issued a herd management area plan ("HMAP") covering the Pancake Complex herd management areas.

This notice is given in accordance with the Court's March 28, 2024 Order, which "compel[ed] Defendants to prepare and approve HMAP(s) covering the Pancake Complex HMAs within one year of the date of th[e] order." ECF No. 81 at 28.[2] A copy of the HMAP is

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Prill is automatically substituted for Jon Raby, formerly Nevada State Director of the BLM.

[2] This filing references ECF-generated page numbers.

attached as an exhibit to this Notice. *See* Ex. A, Pancake Complex Wild Horse Gather & Herd Management Area Plan (March 4, 2025).

Dated: March 21, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON,
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

<u>*/s/  Christian H. Carrara*</u>
CHRISTIAN H. CARRARA, Trial Attorney
(NJ Bar No. 317732020)
SAMANTHA PELTZ, Trial Attorney
(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736 (Carrara)
Fax: 202-305-0275
Christian.Carrara@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

*/s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
*Attorney for Federal Defendants*