ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief
CHRISTIAN H. CARRARA (NJ Bar No. 317732020)
SAMANTHA G. PELTZ (IL Bar No. 6336536)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section, Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 598-9736 (Carrara)
Fax: (202) 305-0275
Email: Christian.Carrara@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANIMAL WELLNESS ACTION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants.* | Case No: 3:22-cv-00034-MMD-CLB <br><br> **FEDERAL DEFENDANTS' NOTICE OF COMPLIANCE WITH THE MARCH 28, 2024 ORDER** |

Defendants United States Department of the Interior, Bureau of Land Management ("BLM"), and Kimberly Prill, in her official capacity as Acting Nevada State Director of the BLM,[1] ("Federal Defendants"), by and through their undersigned counsel, hereby notify the Court that, as of March 4, 2025, the BLM has issued an Environmental Assessment ("EA"), Finding of No Significant Impact ("FONSI"), and Decision Record for the 2025 Pancake Complex Wild Horse Gather & Herd Management Plan.

This notice is given in accordance with the Court's March 28, 2024 Order, which "remand[ed] the Environmental Assessment, Record of Decision, and Finding of No

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Ms. Prill is automatically substituted for Jon Raby, formerly Nevada State Director of the BLM.

Significant Impact for the agency to reanalyze the foreseeable effects of the Gather Plan alternatives on wildfire risks in the Pancake Complex and reach a conclusion as to their significance." ECF No. 81 at 28-29.[2] The EA, FONSI, and Decision Record issued on March 4, 2025, address this deficiency. A copy of each document is attached as an exhibit to this Notice. *See* Exs. A (EA), B (FONSI), C (Decision Record).

Dated: April 8, 2025                                Respectfully submitted,

ADAM R.F. GUSTAFSON,
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
BRIDGET K. MCNEIL, Assistant Section Chief

*/s/  Christian H. Carrara*
CHRISTIAN H. CARRARA, Trial Attorney
(NJ Bar No. 317732020)
SAMANTHA PELTZ, Trial Attorney
(IL Bar No. 6336536)
Natural Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9736 (Carrara)
Fax: 202-305-0275
Christian.Carrara@usdoj.gov

*Of Counsel:*
Janell M. Bogue
U.S. Dep't of the Interior
Office of the Solicitor
Pacific Southwest Region

*Attorneys for Federal Defendants*

---

[2] This filing references ECF-generated page numbers.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Nevada using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system, which includes counsel of record for all parties in the case.

> */s/ Christian H. Carrara*
> CHRISTIAN H. CARRARA
> *Attorney for Federal Defendants*